**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-61153-CIV-SMITH**

ANDREA DORIA, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

AMERICAN VAN LINES, INC.,

Defendant.
_______________________________________/

# FINAL ORDER OF DISMISSAL

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal without Prejudice [DE 16]. Upon consideration, it is:

ORDERED that:

1. This matter is **DISMISSED without prejudice.**

2. All pending motions not otherwise ruled upon are **DENIED as moot.**

3. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida this 26th day of June, 2025.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record